UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

YOLANDA COLEMAN,
MARCOS KING, and
MARLON ROCKETT,

    Plaintiffs,

  v.                                     Case No. 17-CV-1789

ATL'S EMPOWERMENT SIL FACILITY, INC.,
and LYNN HARTENBERGER,

    Defendants.

## ORDER DISMISSING CASE

Yolanda Coleman, Marcos King, and Marlon Rockett sued ATL's Empowerment Sil Facility, Inc. and Lynn Hartenberger for alleged violations of the the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, and the wage and hour laws of Wisconsin. The plaintiffs have moved to dismiss their claims against the defendants without prejudice. Based on the plaintiffs' motion and pursuant to Fed. R. Civ. P. 41(a)(2),

**IT IS HEREBY ORDERED** that the plaintiffs' motion to dismiss (Docket # 52) is **GRANTED**. The plaintiffs' claims are dismissed without prejudice. The Clerk of Court will enter judgment accordingly.

Dated at Milwaukee, Wisconsin this 3rd day of September, 2020.

BY THE COURT:

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge