# United States District Court

EASTERN DISTRICT OF WISCONSIN

YOLANDA COLEMAN,
MARCUS KING, and
MARLON ROCKETT,

        Plaintiffs,

v.

ATL'S EMPOWERMENT
SIL FACILITY, INC., and
LYNN HARTENBERGER,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. **17-CV-1789**

☑ **Decision by Court.** This action came on for consideration and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiffs' motion to dismiss is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice.

Approved: _/s/ Nancy Joseph_
NANCY JOSEPH
United States Magistrate Judge

Dated: September 3, 2020

STEPHEN C. DRIES
Clerk of Court

*s/ Amanda Chasteen*
(By) Deputy Clerk